UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-60619-CIV-JORDAN

| | |
|---|---|
| SEDLIER DORIVAL | ) |
|       Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| GRECIAN DELIGHT, INC., and | ) |
| NICKOLAS PRATTAS | ) |
| | ) |
|       Defendants | ) |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE

Upon review of the settlement agreement in this case, the agreement is hereby approved. Pursuant to the parties' joint stipulation of dismissal with prejudice, this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT, and this case is CLOSED.

I will retain jurisdiction for 30 days to enforce the settlement agreement.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of September, 2008.

                                                                                                   _____
                                                                                                    Adalberto Jordan
                                                                                                    United States District Judge

Copy to:       All counsel of record